IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY ERVIN SHYRIE, #275991, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:11cv538-WHA |
| | ) |
| J. C. GILES, et al., | ) (WO) |
| | ) |
| Respondents. | ) |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #7), entered on July 11, 2011, the court adopts the Recommendation, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d). The clerk is DIRECTED to take the appropriate steps to effect the transfer.

DONE this 5th day of August, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE